IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JEANNE MAGEE** | * |
|     **Plaintiff** | * |
| v. | *   Civil Action No.: |
| **ALL JERSEY JANITORIAL SERVICES, INC., et al.** | * |
|     **Defendants** | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Petitioner/Defendant, All Jersey Janitorial Services, Inc., (hereinafter referred to as "Defendant AJJS" or "Petitioner"), by its undersigned attorneys, pursuant to 28 U.S.C. §1441 *et. seq.*, files this Notice of Removal of this action from the Circuit Court for Baltimore County, Maryland, in which it is now pending, to the United States District Court for the District of Maryland, and in support thereof respectfully avers as follows:

1. Petitioner has been named as a Defendant in a suit filed in the Circuit Court for Baltimore County, Case No.: C-03-CV-20-002851. Suit was originally filed on July 23, 2020, and the Petitioner was originally served on October 6, 2020.

2. Plaintiff, Jeanne Magee, is a resident of Baltimore County, Maryland.

3. Defendant AJJS, is a Corporation with its principal office located in Freehold, New Jersey.

4. Defendant, Target Stores, Inc. ("Co-Defendant Target"), is a Corporation with its principal office located in Minneapolis, Minnesota.  Co-Defendant Target was served on October 6, 2020.

Case 1:20-cv-03178-SAG   Document 1   Filed 11/02/20   Page 2 of 3

5.      The above-entitled action is one in which this Court has original jurisdiction pursuant to Title 28 U.S.C. §1331, and Title 28 U.S.C. §1332.   Petitioner seeks to remove this action to this Court under Title 28 U.S.C. §1441.

6.      Filed herewith are copies of the Writ of Summons for Defendant AJJS (**Exhibit A**), and Plaintiffs' Complaint and Demand for Jury Trial (**Exhibit B**), which was served on Defendant AJJS on October 6, 2020.

7.      The above-entitled matter is a civil action in which Plaintiff seeks compensatory damages against Defendant AJJS for bodily injuries allegedly sustained as a result of a motor vehicle accident that occurred on July 5, 2019.

8.      Petitioner is entitled to removal because there is complete diversity of citizenship between the Plaintiff and Defendants and the amount in controversy exceeds $75,000.  Plaintiff is a citizen of the State of Maryland.  Defendant AJJS' principal place of business is located in the State of New Jersey. Co-Defendant Target's, principal place of business is in the State of Minnesota.  The Plaintiffs' Complaint seeks judgment that "exceeds $75,000.00" in compensatory damages.

WHEREFORE, Petitioner/Defendant AJJS, respectfully requests that the above-entitled action be removed from the Circuit Court for Baltimore County, Maryland to the United States District Court for the District of Maryland.

Respectfully submitted,

/s/ *Andrew Stephenson*
Andrew T. Stephenson, Esq.
Fed Bar No.: 26504
FRANKLIN & PROKOPIK, P.C.
Two North Charles St., Suite 600
Baltimore, MD 21201
(410) 752-8700
(410) 752-6868 – FAX
astephenson@fandpnet.com
*Attorneys for Defendant,*
*All Jersey Janitorial Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 2nd day of November 2020 a copy of Defendant, All Jersey Janitorial Service Inc.'s, Notice of Removal, was filed electronically through the Court's ECF system and mailed, first-class mail, postage prepaid to:

David Muncy, Esq.
Plaxen & Adler, P.A.
10211 Wincopin Circle, Suite 620
Columbia, MD 21044
*Attorneys for Plaintiff*

Target Stores, Inc.
351 West Camden Street
Baltimore, MD 21201

/s/ *Andrew Stephenson*
Andrew Stephenson