## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JEANNE MAGEE** | * | |
| **Plaintiff** | * | |
| **v.** | * | **Case No.:** 1:20-CV-03178-SAG |
| **TARGET STORES, INC., et al.** | * | |
| **Defendants** | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL JERSEY JANITORIAL SERVICE'S INC. AND TARGET STORES, INC.

Plaintiff, Jeanne Magee, and Defendants, All Jersey Janitorial Services, Inc. and Target Stores, Inc. by and through their undersigned counsel, hereby voluntarily dismiss *with prejudice* Plaintiff's claims against *all* Defendants, All Jersey Janitorial Services, Inc. and Target Stores, Inc.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| David Muncy, Esq. (#18861) | Andrew T. Stephenson, Esq. (#26504) |
| Plaxen & Adler, P.A. | John F. Simanski, Esq. |
| 10211 Wincopin Circle, Suite 620 | FRANKLIN & PROKOPIK, P.C. |
| Columbia, MD  21044 | The B & O Building |
| (410) 730-7737 | Two North Charles Street, Suite 500 |
| dmuncy@plaxenadler.com | Baltimore, MD  21201 |
| *Attorneys for Plaintiff* | (443) 909-7756 |
| | (410) 752-6868 (fax) |
| | jsimanski@fandpnet.com |
| | *Attorneys for Defendant* |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of January, 2021, a copy of the foregoing Joint Stipulation of Dismissal was sent electronically through the ECF System and mailed, first-class, postage pre-paid, to:

David Muncy, Esq.,

Plaxen & Adler, P.A.
10211 Wincopin Circle, Suite 620
Columbia, MD 21044
dmuncy@plaxenadler.com
*Attorneys for Plaintiff*


Daniel Lanier, Esq.
Miles & Stockbridge
100 Light Street
Baltimore, MD 21202
dlanier@milestockbridge.com
*Attorneys for Co-Defendant*


    /s/_____
Andrew T. Stephenson, Esq. (#26504)